BOROUGH OF ROCKLEIGH, *ET AL.*, PLAINTIFFS-RESPOND-ENTS, v. ASTRAL INDUSTRIES, INC., DEFENDANT-PETITIONER.

See same case below: 29 *N. J. Super.* 154.

*Mr. Walter H. Jones* for the petitioner.

*Messrs. Freeman & Kroner* and *Messrs. Chandless, Weller & Kramer* for the respondents.

June 14, 1954.   Granted.